**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAMUEL CARLISLE,<br><br>                Plaintiff,<br><br>      v.<br><br>VELODYNE LIDAR, INC., VIRGINIA BOULET, MICHAEL DEE, ERNEST MADDOCK, ANDY MATTES, KRISTIN SLANINA, TED TEWKSBURY, and HAMID ZARRINGHALAM,<br><br>                Defendants. | Case No. 1:22-cv-10720-KPF<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Samuel Carlisle ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: February 21, 2023

Respectfully Submitted,

*/s/ Richard A. Acocelli*
Richard A. Acocelli
**ACOCELLI LAW, PLLC**
33 Flying Point Road, Suite 131
Southampton, NY 11968
Tel: (631) 204-6187
Email: racocelli@acocellilaw.com

*Attorneys for Plaintiff*